**Salame M. AMR, Plaintiff–Appellant,**

v.

**Eddie N. MOORE, Jr.; Nasser Rashidi; Larry C. Brown; Keith M. Williamson, Defendants–Appellees,**

**and**

**Virginia State University, Defendant.**

**No. 12–2334.**

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 21, 2013.

Decided: Feb. 25, 2013.

Salame M. Amr, Appellant Pro Se. Gregory Clayton Fleming, Senior Assistant Attorney General, Richmond, Virginia, for Appellees.

Before AGEE and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Salame M. Amr appeals the district court's order denying his motion to disqualify. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Amr v. Moore*, No. 3:07–cv–00628–REP (E.D.Va. Sept. 24, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*